**Dennis SUMMERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61045.**

Missouri Court of Appeals,
Western District.

March 18, 2003.

Mark A. Grothoff, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Dennis Summers appeals the denial of his Rule 29.15 Motion for postconviction relief after an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).